# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, M.K. JAMISON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**THOMAS A. HARRISON**
**SERGEANT (E-5), U.S. MARINE CORPS**

**NMCCA 201300454**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 7 August 2013.
**Military Judge**: LtCol Nicole K. Hudspeth, USMC.
**Convening Authority**: Commanding General, Training Command, Quantico, VA.
**Staff Judge Advocate's Recommendation**: LtCol M.E. Sayegh, USMC.
**For Appellant**: LT David C. Dziengowski, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**17 June 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court